UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 4:18-cv-01894-NCC |
| | : |
| ARNOLD PARK MALL, LLC, | : |
| a Missouri limited liability company; | : |
| | : |
| and | : |
| | : |
| HOBBY LOBBY STORES, INC., | : |
| an Oklahoma corporation; | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  March 7, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

1

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ *T. Christopher Bailey*
    T. Christopher Bailey, # 48512
    Lauren B. Harris, #61414
    tcb@greensfelder.com
    lharris@greensfelder.com
    10 South Broadway, Suite 2000,
    St. Louis, Missouri 63102
    (314) 241-9090
    (314) 241-1362 (Fax)

*Attorneys for Defendant Arnold Park Mall, LLC*


HUSCH BLACKWELL LLP

By: /s/ *Brandan P. Mueller*
    Brandan P. Mueller, No. 52277 MO
    Shannon Peters, No. 66953 MO
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    (314) 480-1500 (telephone)
    (314) 480-1505 (facsimile)
    Brandan.Mueller@huschblackwell.com
    Shannon.Peters@huschblackwell.com

*Attorneys for Defendant Hobby Lobby Stores, Inc.*