# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **FRED NEKOUEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:18-CV-01894-NCC |
| ) | |
| **ARNOLD PARK MALL, LLC, and** ) | |
| **HOBBY LOBBY STORES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice (*Id.*).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this 12th day of March, 2019.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE